**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

**DANA COLEMAN**                                                                    **PLAINTIFF**

**v.**                                               **CIVIL ACTION NO. 2:16-CV-135-KS-MTP**

**CITY OF HATTIESBURG and**
**JOHNNY DUPREE**                                                    **DEFENDANTS**

## ORDER

On March 9, 2017, Plaintiff Dana Coleman ("Movant") filed her Motion to Lift Stay [13]. Defendants ("Respondents") have until on or before **March 23, 2017**, to respond to this motion. Fed. R. Civ. P. 6(a), (d); L.U.Civ.R. 7(b)(4). If Movant wishes to file a rebuttal, she may do so on or before **March 30, 2017**. Fed. R. Civ. P. 6(a), (d); L.U.Civ.R. 7(b)(4).

If either Movant or Respondents require an extension of time, they must file a motion for such prior to the deadline's expiration. L.U.Civ.R. 7(b)(4). Any party seeking an extension must advise the Court whether it is opposed. L.U.Civ.R. 7(b)(10).

Movant's original and reply memoranda shall not exceed a combined total of thirty-five (35) pages, and Respondents' response shall not exceed thirty-five (35) pages. L.U.Civ.R. 7(b)(5). If a party requires more pages to fully respond, they may seek leave to do file an excess of pages.

SO ORDERED AND ADJUDGED, on this, the   13th   day of March, 2017.

                                                      s/Keith Starrett
                                                      KEITH STARRETT
                                                      UNITED STATES DISTRICT JUDGE