# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

DANA COLEMAN

VS.                                              CIVIL CASE NO. 2:16cv135-KS-MTP

CITY OF HATTIESBURG, MISSISSIPPI

## **ORDER**

The above case having been submitted to the jury,

It is now ordered that said jury be kept together in the custody of the United States Courts and that proper provision for said jurors' meals be made at the expense of the United States until such time as they have reached a verdict or are otherwise discharged.

SO ORDERED this the __13th__ day of June, 2018.

                                               __s/Keith Starrett_____
                                               UNITED STATES DISTRICT JUDGE